Dana N. Gwaltney, SBN 209530
    dgwaltney@shb.com
Sara J. Romano, SBN 227467
    sromano@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104
Telephone:   (415) 544-1900
Facsimile:    (415) 391-0281

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.,
and BOSTON SCIENTIFIC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| EINAR NELSEN, individually and as successor in interest to decedent, CECELIA NELSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>GUIDANT CORPORATION; GUIDANT SALES CORPORATION; CARDIAC PACEMAKERS, INC.; BOSTON SCIENTIFIC CORPORATION; JOHN MUIR HEALTH; and Does 1 through 100, inclusive,<br><br>Defendants. | PJH<br>Case No. C 06-05170 J~~CS~~<br><br>AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRETRIAL DEADLINES |

IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint in this action should be extended. Defendants seek to transfer this case to the Multi-District Litigation proceeding established in the United States District Court, District of Minnesota ("MDL court"), and Plaintiffs have indicated that they will soon be filing a motion to remand this case to state court. Accordingly, the following deadlines will be modified as follows:

1  The deadline for Defendants to file an answer or otherwise respond to Plaintiffs' complaint
2  shall be as follows:
3  (a)   if the case is not remanded to state court, and is transferred to the MDL court, any
4  response will be due pursuant to a deadline set by the MDL court;
5  (b)   if the case is not remanded and also is not transferred to the MDL court, any response
6  will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or
7  (c)   if the case is remanded, any response will be due thirty (30) days after the remand
8  decision by this Court.
9  The parties also stipulate that the November 20, 2006, case management conference will be
10  continued for sixty (60) days until January 25, 2007. All other deadlines will be set pursuant to
11  Federal and local rule.
12  IT IS SO STIPULATED.

14  DATED: September 1, 2006           Respectfully submitted,

15                                      SHOOK, HARDY & BACON L.L.P.

17                                      By: _____
                                             DANA N. GWALTNEY
18                                           SARA J. ROMANO

19                                      Attorneys for Defendants
                                        GUIDANT CORPORATION, GUIDANT SALES
20                                      CORPORATION, CARDIAC PACEMAKERS, INC.
                                        and BOSTON SCIENTIFIC CORPORATION

22  DATED: September __, 2006           Respectfully submitted,

23                                      GILLIN, JACOBSON, ELLIS & LARSEN

25                                      By: _____
                                             LUKE ELLIS
                                             KRISTIN LUCEY

27                                      Attorneys for Plaintiff EINAR NELSEN, individually
                                        and as successor in interest to decedent, CECELIA
                                        NELSEN

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____September 8_____, 2006

~~THE HONORABLE JOSEPH C. SPERO~~ J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(United States District Court, Northern District of California seal)

1  The deadline for Defendants to file an answer or otherwise respond to Plaintiffs' complaint
2  shall be as follows:
3      (a)  if the case is not remanded to state court, and is transferred to the MDL court, any
4  response will be due pursuant to a deadline set by the MDL court;
5      (b)  if the case is not remanded and also is not transferred to the MDL court, any response
6  will be due thirty (30) days after the decision by the JPML denying transfer to the MDL court; or
7      (c)  if the case is remanded, any response will be due thirty (30) days after the remand
8  decision by this Court.
9  The parties also stipulate that the November 20, 2006, case management conference will be
10 continued for sixty (60) days until January __, 2007. All other deadlines will be set pursuant to
11 Federal and local rule.
12     IT IS SO STIPULATED.

DATED: September __, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:_____
DANA N. GWALTNEY
SARA J. ROMANO

Attorneys for Defendants
GUIDANT CORPORATION, GUIDANT SALES
CORPORATION, CARDIAC PACEMAKERS, INC.
and BOSTON SCIENTIFIC CORPORATION

DATED: September 1, 2006

Respectfully submitted,

GILLIN, JACOBSON, ELLIS & LARSEN

By:_____
LUKE ELLIS
KRISTIN LUCEY

Attorneys for Plaintiff EINAR NELSEN, individually
and as successor in interest to decedent, CECELIA
NELSEN